IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JULIAN RICHARDSON | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:01cv1210-WHA |
| | ) | WO |
| UNITED STATES OF AMERICA | ) | |

**ORDER ON MOTION**

On 9 March 2006, the movant, Julian Richardson, filed a pleading construed by the court to be a *motion to expedite ruling*. (Doc. # 96.) Upon consideration of this motion, and for good cause, it is

ORDERED that the *motion to expedite* ruling is DENIED.

While the court is mindful that the petitioner filed his motion for relief pursuant to Fed.R.Civ.P. 60(b)(6) in August 2005, the court's caseload of pending actions makes it extremely difficult to expedite the resolution of Richardson's motion, particularly since the court has adopted a policy of disposing of cases on the basis of the length of pendency. The court assures the parties that a determination of the issues presented in this case will be undertaken in due course.

Done this 13th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE