IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CIVIL ACTION NO. |
| | ) | 3:01CV1210-WHA-VPM |
| JULIAN RICHARDSON | ) | [WO] |

**ORDER ON MOTION**

On 18 September 2006 (Doc. No. 100), federal inmate JULIAN RICHARDSON ["Richardson"] filed a motion for status of the proceedings on his motion for relief from judgment pursuant to FED.R.CIV. P. 60(b)(6).  Upon consideration of this motion, and for good cause, it is

**ORDERED** that the motion for status (Doc. No. 100) be and is hereby GRANTED.

Richardson is advised that his motion for relief from judgment pursuant to FED.R.CIV. P. 60(b)(6) (Doc. No. 93) was denied by an order of this court entered on 12 September 2006 (Doc. No. 99).

Accordingly, it is further

**ORDERED** that the motion for status of the proceedings filed by Richardson on 11 August 2006 (Doc. No. 98) be and is hereby DENIED as moot.

Done this 19th day of September, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE